ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✜PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLENE McINTYRE, as Wrongful Death Heir, and as Successor-in-Interest to EDWARD McINTYRE, Deceased; and SARAH McINTYRE, as Legal Heir of EDWARD McINTYRE, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHROP GRUMMAN SHIP SYSTEMS, INC., <br><br> Defendant. | CV 08 3070 <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the parties named in the Complaint, there is no such interest to report.

Dated: 6/23/08

BRAYTON✜PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiffs