ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLENE McINTYRE, as Wrongful Death Heir, and as Successor-in-Interest to EDWARD McINTYRE, Deceased; and SARAH McINTYRE, as Legal Heir of EDWARD McINTYRE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHROP GRUMMAN SHIP SYSTEMS, INC.,<br><br>Defendant. | No. C 08-3070-EDL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: June 25, 2008                 BRAYTON❖PURCELL LLP

                                          /s/ David R. Donadio
                                    By: _____
                                          David R. Donadio
                                          Attorneys for Plaintiffs