1  Daniel J. Kelly (Bar No. 145088)
   Nairi Chakalian (Bar No. 212976)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone: 415.546.7500
4  Facsimile: 415.546.7505

5  Attorneys for Defendant
   NORTHROP GRUMMAN SHIP SYSTEMS, INC.

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11  ALLENE McINTYRE, as Wrongful Death   )   Case No. CV 08-3070 EDL
    Heir, and as Successor-in-Interest to )
12  EDWARD McINTYRE, Deceased; and       )   **NOTICE OF PENDENCY OF OTHER**
    SARAH McINTYRE, as Legal Heir of     )   **ACTION OR PROCEEDING**
13  EDWARD McINTYRE, Deceased,           )
                                          )   [Civil Local Rule 3-13]
14            Plaintiffs,                  )
                                          )
15       vs.                              )
                                          )
16  NORTHROP GRUMMAN SHIP                 )
    SYSTEMS, INC.,                        )
17                                        )
              Defendant.                   )
18  _____  )

19       TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20       Defendant Northrop Grumman Ship Systems, Inc. ("Northrop") hereby notifies the

21  Court and all parties pursuant to Civil Local Rule 3-13 of the pendency of the following

22  other action involving all or a material part of the same subject matter as this asbestos

23  wrongful death action:

24       1.    On November 16, 2007, Allene McIntyre and Sarah McIntyre filed an action

25  against numerous defendants entitled *Allene McIntyre, et al. v. Asbestos Defendants*, San

26  Francisco Superior Court Case No. CGC-07-274443. The state court action seeks recovery

27  for the wrongful death allegedly arising out of Edward McIntyre's exposure to asbestos. A

28  copy of the complaint is attached.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000165
3423583.1

1

1    2.    The state court action is currently pending in the San Francisco Superior

2 Court located in San Francisco, California.  A copy of the electronic docket is also

3 attached.

4    3.    The state court action seeks recovery for the same injuries and damages

5 alleged in this action.  Because this action involves claims against Northrop that are

6 subject to removal pursuant to 28 U.S.C. §§ 1442 and 1446, under which the United States

7 District Court has subject matter jurisdiction to adjudicate claims with respect to persons

8 acting under an officer or agency of the United States, this case should not be coordinated

9 with the state court action.  As requested in Northrop's notice of tag-along action, this case

10 should be transferred to the United States District Court for the Eastern District of

11 Pennsylvania pursuant to 28 U.S.C. § 1407.

12 Dated:  July 29, 2008                    HAIGHT BROWN & BONESTEEL LLP

13

14                                         By: _Nairi Chakalian_____

15                                             Daniel J. Kelly
                                             Nairi Chakalian
16                                           Attorneys for Defendant
                                             NORTHROP GRUMMAN SHIP
17                                           SYSTEMS, INC.

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000165
3423583.1

2

Case No.  CV 08-3070 EDL
NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING

ENDORSED
FILED
San Francisco County Superior Court

NOV 1 6 2007

GORDON PARK-LI, Clerk
BY: _____ JUN P. PANELO
Deputy Clerk

1   DAVID R. DONADIO, ESQ., S.B. #154436
    BRAYTON❖PURCELL LLP
2   Attorneys at Law
    222 Rush Landing Road          CASE MANAGEMENT CONFERENCE SET
3   P.O. Box 6169
    Novato CA 94948-6169
4   (415) 898-1555                        OCT 1 6 2008  -1:30 PM

5   Attorneys for Plaintiffs
                                         DEPARTMENT 206
6

7

8                   SUPERIOR COURT OF CALIFORNIA

9                      COUNTY OF SAN FRANCISCO

10

11  ALLENE McINTYRE, as Wrongful Death    )   ASBESTOS
    Heir, and as Successor-in-Interest to )   No.
12  EDWARD McINTYRE, Deceased; and        )   CGC-07-274449
    SARAH McINTYRE, as Legal Heir of      )
13  EDWARD McINTYRE, Deceased,            )   COMPLAINT FOR SURVIVAL,
                                          )   WRONGFUL DEATH - ASBESTOS
14              Plaintiffs,               )
                                          )
15  vs.                                   )
                                          )   THIS CASE IS SUBJECT TO
16  ASBESTOS DEFENDANTS (B❖P)             )   MANDATORY ELECTRONIC FILING
    As Reflected on Exhibits B, C, H, I,  )   PURSUANT TO AMENDED G.O. 158
17  and DOES 1-8500; and SEE ATTACHED     )
    LIST.                                 )
18

19       1.      EDWARD McINTYRE (hereinafter and in the Complaint referred to as

20  "decedent") died on July 19, 2007.

21       2.      ALLENE McINTYRE is the Successor-in-Interest to decedent.

22       3.      The heirs-at-law of decedent and their relationships to the decedent are:

23  NAME                      AGE              RELATIONSHIP TO DECEDENT

24  ALLENE McINTYRE           57 Years         Spouse
    SARAH McINTYRE            Over 18          Daughter
25

26       4.      Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil

27  Procedure as decedent's legal heirs.

28  ///

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O BOX 6169
NOVATO, CALIFORNIA 94998-6169
(415) 898-1555

                                        1

1

2

3  BUCYRUS INTERNATIONAL, INC.
   PLANT INSULATION COMPANY
4  C.C. MOORE & CO. ENGINEERS
   E.J. BARTELLS COMPANY
5  J.T. THORPE, INC.
   RAPID-AMERICAN CORPORATION
6  UNIROYAL HOLDING, INC.
   WESTERN MacARTHUR COMPANY
7  MacARTHUR COMPANY
   WESTERN ASBESTOS COMPANY
8  C.H. MURPHY/CLARK-ULLMAN, INC.
   NORTHROP GRUMMAN SHIP SYSTEMS, INC.
9  GENERAL ELECTRIC COMPANY
   GENERAL DYNAMICS CORPORATION
10 METROPOLITAN LIFE INSURANCE COMPANY
   OWENS-ILLINOIS, INC.
11 PNEUMO ABEX LLC
   GATKE CORPORATION
12 GARLOCK SEALING TECHNOLOGIES, LLC
   AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
13 UNDERWRITERS LABORATORIES, INC.
   and DOES 1-8500,
14
15     Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Allen McIntyre, et al. vs. Asbestos Defendants (B❖P)</u>
San Francisco Superior Court

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1   5.   At all times prior to his death, decedent was a faithful and dutiful spouse to

2   plaintiff ALLENE McINTYRE and parent to plaintiff children.

3   6.   Plaintiffs' claims are as set forth in ©Brayton❖Purcell Master Complaint for

4   [Survival] [Loss of Consortium] Wrongful Death (hereinafter "Master Complaint") - Asbestos

5   No. 828684 filed March 3, 2003, in San Francisco Superior Court.  A copy of the Master

6   Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and

7   designated portions of the Master Complaint are incorporated by reference herein pursuant to the

8   authority conferred by General Order No. 55.  Plaintiffs' claims are as set forth in said Master

9   Complaint against defendants herein as follows:

10   ///

11   ///

12   ///

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence–Survival) | ⊠ | | | | | | | | | | | | |
| Second (Products Liability–Survival) | ⊠ | | | | | | | | | | | | |
| Third (False Representation) | ⊠ | | | | | | | | | | | | |
| Fourth (Loss of Consortium) | | | □ | | | | | | | | | | |
| Fifth (Negligence–Wrongful Death) | | □ | ⊠ | | | | | | | | | | |
| Sixth (Products Liability–Wrongful Death) | ⊠ | | | | | | | | | | | | |
| Seventh (Premises Owner/Contractor Liability) | | | ⊠ | | | | | | | | | | |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) | | | | □ | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | □ | | | | | | | | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | | □ | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | | □ □ | | | | | | |
| Sixteenth, Seventeenth (Brake Shoe Grinding) | | | | | | | | ⊠ | | | | | |
| Eighteenth (Concert of Action) | | | | | | | | | ⊠ ⊠ | | | | |
| Nineteenth (Fraud, Deceit/Negligent Misrepresentation) | | | | | | | | | | □ | | | |
| Twentieth (Fraud and Deceit/Concealment) | | | | | □ | □ | □ | | | | □ | □ | □ |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | | | | □ | □ | □ |
| Twenty-Second (Fraud/Deceit - Kent) | | | | | | | | | | | | □ | □ |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1    7.    Decedent's asbestos-related injury, date of diagnosis, employment status, and

2  history of exposure to asbestos are as stated on Exhibit A.

3

4  Dated: 11 17 03                    BRAYTON✤PURCELL LLP

5

6                                     By: _____

7                                         David R. Donadio
                                          Attorneys for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\injure\105169\cmp-wdsv2.wpd                    4
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A

EXHIBIT A

Decedent's exposure to asbestos and asbestos-containing products occurred at various
locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Department of Defense | Mare Island Naval Shipyard, Painting Shops, Vallejo, CA; | Painter | 12/2/1963-6/2/1995 |
| | ABRAHAM LINCOLN (SSBN-602) | | 7/1972-3/1974 |
| | ANCHORAGE (LSD-36) | | Late 1964 |
| | ANDREW JACKSON (SSBN-619) | | (3 weeks) |
| | BAINBRIDGE (DLGN-25) (CGN-25) | | 10/1967-5/1968, 12/1968 |
| | BARB (SSN-596) | | Late 1960s, 1974-1975 (3-6 months) |
| | BARBEL (SS-580) | | 1975-1976 |
| | DANIEL BOONE (SSBN-629) | | 1964 . (1-2 weeks) |
| | DOLPHIN (AGSS-555) | | 1971, 1973, 1978-1979 |
| | DRUM (SSN-677) | | Late 1960s-Early 1970s |
| | FLASHER (SSN-613) | | 1975-1976 (3 months) |
| | GRAYBACK (SSG-574) | | 1967-1969 |
| | GUARDFISH (SSN-612) | | 8/1975-7/1977 (2-3 days) |
| | GUITARRO (SSN-665) | | 12/1965-9/1972 |
| | GURNARD (SSN -662) | | 12/1964-12/1968 |
| | HADDOCK (SSN-621) | | 4/1977-11/1978 |

////

EXHIBIT A

6

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Department of Defense (cont'd.) | Mare Island Naval Shipyard, Painting Shops, Vallejo, CA; | Painter | 12/2/1963-6/2/1995 |
| | HALIBUT (SSN-587) | | 10/1968-8/1970 |
| | HAWKBILL (SSN-666) | | 11/1966-2/1971 |
| | INDRA (APL-37) | | 6/1967-1/1968 (1-2 days) |
| | JOHN MARSHALL (SSBN-611) | | 11/1974-5/1976 |
| | KAMEHAMEHA (SSBN-642) | | 1964-12/1965 (8 months) |
| | LONG BEACH (CLGN-160) (CGN-160) (CGN-9) | | 1970-1971, Fall 1979 (6-12 days) |
| | MARIANO G. VALLEJO (SSBN-658) | | 7/1964-12/1966, late 1960s (2-3 years) |
| | NEREUS (AS-17) | | 11/1966-4/1967, 10/1971-1/1972 |
| | ORLECK (DD-886) | | Spring 1967, 1971 (2-4 weeks) |
| | ORTOLAN (ASR-22) | | 1970s (1 month) |
| | PARCHE (SSN-683) | | 1977-1981 |
| | PATRICK HENRY (SSBN-599) | | 7/1976-3/1978 (6 months) |
| | PERMIT (SSN-594) | | (1 year) |
| | PIGEON (ASR-21) | | 7/1979-2/1981 |
| | PINTADO (SSN-672) | | 8/1967-4/1971 |
| | PLUNGER (SSN-595) | | 10/1971-12/1973 |
| | POGY (SSN-647) | | 3/1980-5/1981 |

///

EXHIBIT A

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Department of Defense (cont'd.) | Mare Island Naval Shipyard, Painting Shops, Vallejo, CA; | Painter | 12/2/1963-6/2/1995 |
| | POLLACK (SSN-603) | | 5/1979-5/1981 (3 months) |
| | PORTERFIELD (DD-682) | | Mid 1960s (1 week) |
| | ROBERT E. LEE (SSBN-601) | | 2/1965-8/1966, 1970s (4-8 months) |
| | SALMON (SS-573) | | 1973-1974 |
| | SCAMP (SSN-588) | | 1/1965-6/1966, 1970s |
| | SEA CLIFF (DSR-4) | | 11/1972-6/1973 |
| | SEAWOLF (SSN-575) | | 12/1970-5/1981 |
| | SHARK (SSN-591) | | 12/1970-5/1981 (6-8 months) |
| | SKIP JACK (SSN-585) | | 1977-1979 (6-12 months) |
| | SNOOK (SSN-592) | | 1973-1974 |
| | SOUTHERLAND (DD-743) | | 1964-1965, summer 1967, 8/1969-4/1971 |
| | STONEWALL JACKSON (SSBN-634) | | 1/1964-8/1964, 2/1965-3/1965, (6 months) 8/1969-4/1971 |
| | SWORDFISH (SSN-579) | | 11/1965-8/1967 (1-2 weeks) |
| | TAUTOG (SSN-639) | | 5/1977-5/1979 |
| | THOMAS A. EDISON (SSBN-610) | | 8/1973-11/1974 (6 months) |

///

EXHIBIT A

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Department of Defense (cont'd.) | Mare Island Naval Shipyard, Painting Shops, Vallejo, CA; | Painter | 12/2/1963- 6/2/1995 |
| | TURTLE (DSV-3) | | 11/1973-5/1974, 9/1979-11/1980 |
| | WOODROW WILSON (SSBN-624) | | 1964 (2-3 weeks), 8/1969-2/1971 |
| | WORDEN (DLG-18) | | 1/1968-5/1968 (3-4 weeks) |
| U.S. Department of Defense | Naval Submarine Base, New London, Groton, CT | Painter | 9/1/1979- 12/15/1979 |
| | NR-1 | | |

NON-OCCUPATIONAL EXPOSURE:

Decedent used SYNKOLOID joint compound in the mid 1970s to repair the ceilings and walls of his home located on 6 St. Francis Drive in Vallejo, California. Decedent hired a painter in the late 1970s who applied joint compound. Decedent recalled that his home was built during approximately the late 1920s. Plaintiff currently contends that decedent was exposed to asbestos during this home improvement work.

Decedent's exposure to asbestos and asbestos-containing products caused severe and permanent injury to the decedent, including, but not limited to breathing difficulties, asbestosis, lung and/or other cancer, mesothelioma, and/or other lung damage. Decedent was diagnosed with mesothelioma on or about 2006.

Decedent stopped working on June 2006, due to his mesothelioma.

EXHIBIT A

K:\Injure\0\06109\cmp-asdsv2.wpd
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT B

1

EXHIBIT B

2    <u>DEFENDANTS</u>

3    BUCYRUS INTERNATIONAL, INC.                WESTERN ASBESTOS COMPANY
     PLANT INSULATION COMPANY                   C.H. MURPHY/CLARK-ULLMAN, INC.
4    C.C. MOORE & CO. ENGINEERS                  NORTHROP GRUMMAN SHIP SYSTEMS, INC.
     E.J. BARTELLS COMPANY                       GENERAL ELECTRIC COMPANY
5    J.T. THORPE, INC.                           GENERAL DYNAMICS CORPORATION
     RAPID-AMERICAN CORPORATION                  DOES 1-800
6    UNIROYAL HOLDING, INC.
     WESTERN MacARTHUR COMPANY
7    MacARTHUR COMPANY

8
                                                <u>ALTERNATE ENTITY</u>
9
     BUCYRUS INTERNATIONAL, INC.        BUCYRUS-ERIE
10                                       MARION POWER SHOVEL COMPANY, THE
                                         OSGOOD COMPANY
11                                       GENERAL EXCAVATOR COMPANY

12   UNIROYAL HOLDING, INC.              UNIROYAL, INC.

13   WESTERN MacARTHUR                   WESTERN ASBESTOS CO.
     COMPANY                             MAC ARTHUR COMPANY
14                                       BAY CITIES ASBESTOS COMPANY
                                         F.K. PINNEY, INC.
15
     NORTHROP GRUMMAN                    AVONDALE INDUSTRIES, INC.
16     SHIP SYSTEMS, INC.                AVONDALE SHIPYARDS, INC.
                                         INGALLS SHIPBUILDING, INC.
17
     GENERAL ELECTRIC COMPANY           MATTERN X-RAY
18                                       HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED
                                         TRUMBULL ELECTRIC MANUFACTURING COMPANY
19                                       G E INDUSTRIAL SYSTEMS
                                         CURTIS TURBINES
20                                       PARSONS TURBINES
                                         GENERAL ELECTRIC JET ENGINES
21
     GENERAL DYNAMICS CORPORATION        CONVAIR
22                                       VULTEE AIRCRAFT INC.
                                         CONSOLIDATED VULTEE AIRCRAFT CORPORATION
23                                       ASBESTOS CORPORATION LIMITED

24

25

26

27

28                                                                  EXHIBIT B

11
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT C

1

EXHIBIT C

2    DEFENDANTS

3    PLANT INSULATION COMPANY          WESTERN MacARTHUR COMPANY
     C.C. MOORE & CO. ENGINEERS        MacARTHUR COMPANY
4    E.J. BARTELLS COMPANY             WESTERN ASBESTOS COMPANY
     J.T. THORPE, INC.                 DOES 1001-2000

5
     CONTRACTOR
6    DEFENDANTS                 LOCATION              TIME PERIOD

7    PLANT INSULATION COMPANY    Various               Various

8    WESTERN MacARTHUR           Various               Various
     COMPANY/MacARTHUR
9    COMPANY/WESTERN ASBESTOS
     COMPANY
10

11   C.C. MOORE & CO. ENGINEERS   Various               Various

12   E.J. BARTELLS COMPANY        Various               Various

13   J.T. THORPE, INC.            Various               Various

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                        EXHIBIT C

K:\filings\8106109\cmp-wdsrv2.wpd                13
COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT H

EXHIBIT H

DEFENDANTS

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | STUART-WESTERN, INC. |
| PNEUMO ABEX LLC | RITESET MANUFACTURING COMPANY |
| BORGWARNER MORSE TEC, INC. | ASBESTOS MANUFACTURING COMPANY |
| HONEYWELL INTERNATIONAL, INC. (successor- | FIBRE & METAL PRODUCTS COMPANY |
|   in-interest to ALLIEDSIGNAL, INC.) | LASCO BRAKE PRODUCTS |
| THE BUDD COMPANY | L.J. MILEY COMPANY |
| DAIMLERCHRYSLER CORPORATION | ROSSENDALE-RUBOIL COMPANY |
| DANA CORPORATION | SOUTHERN FRICTION MATERIALS COMPANY |
| FORD MOTOR COMPANY | U.S. SPRING & BUMPER COMPANY |
| GENERAL MOTORS CORPORATION | AUTO FRICTION CORPORATION |
| BRIDGESTONE/FIRESTONE | EMSCO ASBESTOS COMPANY |
|   NORTH AMERICAN TIRE, LLC | FORCEE MANUFACTURING CORPORATION |
| LEAR SIEGLER DIVERSIFIED HOLDINGS CORP. | MOLDED INDUSTRIAL FRICTION CORPORATION |
| MAREMONT CORPORATION | NATIONAL TRANSPORT SUPPLY, INC. |
| MORTON INTERNATIONAL, INC. | SILVER LINE PRODUCTS, INC. |
| PARKER-HANNIFIN CORPORATION | STANDCO, INC. |
| STANDARD MOTOR PRODUCTS, INC. | UNIVERSAL FRICTION MATERIALS COMPANY |
| GATKE CORPORATION | WHEELING BRAKE BLOCK MANUFACTURING |
| GARLOCK SEALING TECHNOLOGIES, LLC |   COMPANY |
| BRASSBESTOS BRAKE LINING COMPANY | BELL ASBESTOS MINES LTD. |
| H. KRASNE MANUFACTURING COMPANY | OWENS-ILLINOIS, INC. |
| AUTO SPECIALTIES MANUFACTURING | DOES5000-8000 |
|   COMPANY | |

ALTERNATE ENTITY

| | |
|---|---|
| GARLOCK SEALING | GARLOCK, INC. |
|   TECHNOLOGIES, LLC | COLTEC INDUSTRIES, INC. |
| | FAIRBANKS-MORSE |
| | FAIRBANKS MORSE ENGINES |
| | BELMONT PACKING & RUBBER CO. |
| | GARLOCK PACKING CO. |
| | U.S. GASKET CO. |
| | GOODRICH CORPORATION |
| | ENPRO INDUSTRIES, INC. |

EXHIBIT H

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

EXHIBIT I

1

EXHIBIT I

2   DEFENDANTS

3   METROPOLITAN LIFE INSURANCE COMPANY
    OWENS-ILLINOIS, INC.
4   PNEUMO ABEX LLC
    GATKE CORPORATION
5   GARLOCK SEALING TECHNOLOGIES, LLC
    AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
6   UNDERWRITERS LABORATORIES, INC.
    DOES 5000-7500

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                              EXHIBIT I

COMPLAINT FOR SURVIVAL, WRONGFUL DEATH - ASBESTOS

## Superior Court of California, County of San Francisco

Case Number: CGC-07-274443

Title: ALLENE MCINTYRE et al VS. ASBESTOS DEFENDANTS (BP) AS REFLECTED ON EXHIBITS et al

Cause of Action: ASBESTOS

Generated: Jul-29-2008 2:04 pm PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

# Register of Actions

Date Range: First Date  Nov-16-2007    Last Date  Jul-29-2008    (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence        ALL FILING TYPES        Submit

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| JUN-05-2008 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT (TRANSACTION ID # 20127435) AS TO DEFENDANT C.H. MURPHY/CLARK-ULLMAN, INC. | View | |
| MAR-03-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 18816435) FILED BY DEFENDANT PLANT INSULATION COMPANY | View | 335.00 |
| FEB-19-2008 | DISMISSAL WITHOUT PREJUDICE OF COMPLAINT (TRANSACTION ID # 18664377) AS TO DEFENDANT NORTHROP GRUMMAN SHIP SYSTEMS, INC. | View | |
| FEB-13-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 18588355) FILED BY DEFENDANT C.H. MURPHY/CLARK-ULLMAN, INC. | View | 335.00 |
| JAN-29-2008 | NORTHROP GRUMMAN SHIP SYSTEMS, INC.S OBJECTION TO ASSIGNMENT TO COMMISSIONER FOR TRIAL (TRANSACTION ID # 18305696) FILED BY DEFENDANT NORTHROP GRUMMAN SHIP SYSTEMS, INC. | View | |
| JAN-29-2008 | ANSWER TO COMPLAINT (TRANSACTION ID # 18305696) FILED BY DEFENDANT NORTHROP GRUMMAN SHIP SYSTEMS, INC. | View | 335.00 |
| DEC-05-2007 | DECLARATION OF ALLENE MCINTYRE UNDER C.C.P. 377.32 (TRANSACTION ID # 17539205) FILED BY PLAINTIFF MCINTYRE, ALLENE , AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO EDWAARD MCINTYRE, DECEASED MCINTYRE, SARAH , AS LEGAL HEIR OF EDWARD MCINTYRE, DECEASED | View | |
| NOV-16-2007 | PRELIMINARY FACT SHEET FILED BY PLAINTIFF MCINTYRE, ALLENE , AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO EDWAARD MCINTYRE, DECEASED MCINTYRE, SARAH , AS LEGAL HEIR OF EDWARD MCINTYRE, DECEASED | | |
| NOV-16-2007 | NOTICE TO PLAINTIFF | View | |
| NOV-16-2007 | ASBESTOS, COMPLAINT FILED BY PLAINTIFF MCINTYRE, ALLENE , AS WRONGFUL DEATH HEIR, AND AS SUCCESSOR-IN-INTEREST TO EDWAARD MCINTYRE, DECEASED MCINTYRE, SARAH , AS LEGAL HEIR OF EDWARD MCINTYRE, DECEASED AS TO DEFENDANT ASBESTOS DEFENDANTS (BP) AS REFLECTED ON EXHIBITS B, C, H, I OTHER ASBESTOS DEFENDANTS DOES 1-8500, SEE ATTACHED LIST SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCT-16-2008 | View | 335.00 |