1  Daniel J. Kelly (Bar No. 145088)
   Nairi Chakalian (Bar No. 212976)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone:  415.546.7500
4  Facsimile:  415.546.7505

5  Attorneys for Defendant
   NORTHROP GRUMMAN SHIP SYSTEMS, INC.

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 ALLENE McINTYRE, as Wrongful Death )   Case No. CV 08-3070 EDL
   Heir, and as Successor-in-Interest to   )
12 EDWARD McINTYRE, Deceased; and      )   **NOTICE OF TAG-ALONG ACTION**
   SARAH McINTYRE, as Legal Heir of    )
13 EDWARD McINTYRE, Deceased,          )   [MDL Docket No. 875]
                                       )
14         Plaintiffs,                 )
                                       )
15    vs.                              )
                                       )
16 NORTHROP GRUMMAN SHIP               )
   SYSTEMS, INC.,                      )
17                                     )
           Defendant.                  )
18 _____)

19         TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

20 NORTHERN DISTRICT OF CALIFORNIA:

21         PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict

22 Litigation in *In re Asbestos Products Liability Litigation (VI)*, MDL Docket No. 875,

23 entered an order transferring all asbestos cases pending in federal court to the United States

24 District Court for the Eastern District of Pennsylvania, for coordinated or consolidated

25 pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order").  The MDL

26 Transfer Order also applies to "tag-along actions," i.e., those actions involving common

27 questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show

28 Cause.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000165
3423633.1

1

Case No.  CV 08-3070 EDL
NOTICE OF TAG-ALONG ACTION

MDL Rule 13(e) provides as follows:

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies this Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an Order to Show Cause why the action should not be transferred pursuant to MDL Rule 13(b).

Dated: July 29, 2008                           HAIGHT BROWN & BONESTEEL LLP

                                               By: /s/ Nairi Chakalian
                                                   Daniel J. Kelly
                                                   Nairi Chakalian
                                                   Attorneys for Defendant
                                                   NORTHROP GRUMMAN SHIP
                                                   SYSTEMS, INC.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000165
3423633.1

2

Case No. CV 08-3070 EDL
NOTICE OF TAG-ALONG ACTION