1  Daniel J. Kelly (Bar No. 145088)
   Nairi Chakalian (Bar No. 212976)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone:  415.546.7500
4  Facsimile:  415.546.7505

5  Attorneys for Defendant
   NORTHROP GRUMMAN SHIP SYSTEMS, INC.

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  ALLENE McINTYRE, as Wrongful Death  )  Case No. CV 08-3070 EDL
    Heir, and as Successor-in-Interest to  )
12  EDWARD McINTYRE, Deceased; and  )  **NORTHROP GRUMMAN SHIP**
    SARAH McINTYRE, as Legal Heir of  )  **SYSTEMS, INC.'S CERTIFICATE OF**
13  EDWARD McINTYRE, Deceased,  )  **INTERESTED ENTITIES**
                                )
14          Plaintiffs,          )  [Civil Local Rule 3-16]
                                )
15      vs.                     )
                                )
16  NORTHROP GRUMMAN SHIP       )
    SYSTEMS, INC.,              )
17                              )
           Defendant.            )
18  _____ )

19      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

20  persons, associations of persons, firms, partnerships, corporations (including parent

21  corporations) or other entities have a financial interest in the subject matter in controversy

22  or in a party to the proceeding:

23      Northrop Grumman Corporation (corporate parent)

24  Dated:  July 29, 2008                          HAIGHT BROWN & BONESTEEL LLP

25

26                                                 By: /s/ Nairi Chakalian
                                                   _____
27                                                 Daniel J. Kelly
                                                   Nairi Chakalian
                                                   Attorneys for Defendant
28                                                 NORTHROP GRUMMAN SHIP
                                                   SYSTEMS, INC.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000165
3423674.1

1

Case No.  CV 08-3070 EDL
NOTICE OF TAG-ALONG ACTION