1  Daniel J. Kelly (Bar No. 145088)
   Nairi Chakalian (Bar No. 212976)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone:  415.546.7500
4  Facsimile:  415.546.7505

5  Attorneys for Defendant
   NORTHROP GRUMMAN SHIP SYSTEMS, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 ALLENE McINTYRE, as Wrongful Death  )  Case No. CV 08-3070 EDL
   Heir, and as Successor-in-Interest to )
12 EDWARD McINTYRE, Deceased; and       )  CERTIFICATE OF MAILING
   SARAH McINTYRE, as Legal Heir of     )
13 EDWARD McINTYRE, Deceased,           )
                                        )
14         Plaintiffs,                  )
                                        )
15     vs.                              )
                                        )
16 NORTHROP GRUMMAN SHIP                )
   SYSTEMS, INC.,                       )
17                                      )
           Defendant.                   )
18 _____)

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000165
3423636.1

1

Case No.  CV 08-3070 EDL
CERTIFICATE OF MAILING

# CERTIFICATE OF MAILING

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981.

On July 29, 2008, I served on interested parties in said action the within:

**ANSWER OF NORTHROP GRUMMAN SHIP SYSTEMS, INC. TO COMPLAINT; DEMAND FOR JURY TRIAL**

**CERTIFICATION OF INTERESTED ENTITIES**

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

**NOTICE OF TAG-ALONG ACTION**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

David R. Donadio, Esq.
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA   94945

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255
Washington, D.C.  20002-8004

I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

Executed on July 29, 2008, at San Francisco, California.

I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Ann Jo Foo
(Type or print name)

_____
(Signature)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000165
3423636.1

2

Case No.  CV 08-3070 EDL
CERTIFICATE OF MAILING