ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLENE McINTYRE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHROP GRUMMAN SHIP SYSTEMS, INC., <br><br> Defendant. | No. C 08-03070-EDL <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

////
////
////
////
////
////

1 |      Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 1, 2008                          BRAYTON❖PURCELL LLP

                                                /s/  David R. Donadio

                                        By: _____
                                              David R. Donadio
                                              Attorneys for Plaintiffs

Dated: August 1, 2008                          HAIGHT BROWN AND BONESTEEL LLP

                                                /s/  Daniel J. Kelly

                                        By: _____
                                              Daniel J. Kelly
                                              Attorneys for Defendant
                                              Northrop Grumman Ship Systems, Inc.