Daniel J. Kelly (Bar No. 145088)

HAIGHT BROWN & BONESTEEL LLP

71 Stevenson Street, 20th Floor

San Francisco, CA 94105-2981

Tel. (415) 546-7500  Fax (415) 546-7505

Email: dkelly@hbblaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLENE McINTYRE, etc., et. al.<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN SHIP SYSTEMS, INC.<br><br>Defendant. | No. CV 08-3070 EDL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 6, 2008

Signature
Daniel J. Kelly
Counsel for NORTHROP GRUMMAN SHIP SYSTEMS, INC.
(Name or party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com