JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 7 0 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is
pending at this time, the
stay is lifted.

[signature]

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

## IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL No. 875

C 08-3070 EDL

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-314)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,219 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

[signature]

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9-23-08
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                    MDL No. 875

## SCHEDULE CTO-314 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #    CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC 2 08-4714~~    ~~Andrew Schnabel, et al. v. Borg-Warner Morse Tec, Inc., et al.~~
                 **Opposed 9/4/08**

CALIFORNIA NORTHERN
CAN 3  08-3070   Allene McIntyre, et al. v. Northrop Grumman Ship Systems, Inc.
CAN 3  08-3181   Margaret McCue, et al. v. General Electric Co., et al.
CAN 3  08-3274   Shirley Cronin, et al. v. Todd Shipyards Corp., et al.
~~CAN 3 08-3316~~    ~~Harry Lemaster, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~
                 **Opposed 9/5/08**
~~CAN 3 08-3317~~    ~~Finas Belk, et al. v. Bucyrus International, Inc., et al.~~ **Opposed 9/5/08**

INDIANA SOUTHERN
INS  1  08-1000   Walter L. Gassner, Jr. v. Norfolk Southern Railway Co.
INS  1  08-1001   Kenneth L. Devault v. Norfolk Southern Railway Co.

NORTH CAROLINA MIDDLE
NCM 1  08-526   Richard W. Minter, et al. v. Aqua-Chem, Inc., et al.
NCM 1  08-527   Frank L. Scott, et al. v. Aqua-Chem, Inc., et al.
NCM 1  08-530   Charles M. Williams, et al. v. Aqua-Chem, Inc., et al.
NCM 1  08-531   George A. Cummings, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
NCW 1  08-346   Raymond S. Perry, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-348   Thomas B. Reid, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-349   Donald L. Sisk, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-350   Lee Allen Turner, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-351   Troy D. Underwood, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-352   Henry T. Westmoreland, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-353   Joe C. Wilson, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-354   Gary Neal Allen, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-355   Garry M. Arnold, Sr., et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-356   Maven B. Hoyle, etc. v. Aqua-Chem, Inc., et al.
NCW 1  08-359   Joe Miller Iddings, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-360   Melton G. Johnson, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-361   Glen Lee Kaylor, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-362   Lynda R. Long, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-314 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**   **CASE CAPTION**

NCW 1  08-366   Harvey W. Gould, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-367   Reginald L. Parker, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-368   Joseph Barnes, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-369   William Cloud, et al. v. Aqua-Chem, Inc., et al.
NCW 1  08-370   John B. Drum, et al. v. Aqua-Chem, Inc., et al.

RHODE ISLAND
RI    1  08-302   ~~Linda Richards, etc. v. Buffalo Pumps, Inc., et al.~~ **Opposed 9/5/08**

SOUTH CAROLINA
SC  0  08-2688   Sonny Lee Bailey, et al. v. Aqua-Chem, Inc., et al.
SC  0  08-2690   Larry G. Nunn, et al. v. Aqua-Chem, Inc., et al.
SC  0  08-2691   Grady F. Oliver, et al. v. Aqua-Chem, Inc., et al.
SC  0  08-2744   Terry Coleman v. Aqua-Chem, Inc., et al.
SC  7  08-2692   Dennis W. Richards, et al. v. Aqua-Chem, Inc., et al.
SC  7  08-2743   Ronald Leo Buysse, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-2689   Thomas B. Grantham, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-2740   Donald Marion Amos v. Aqua-Chem, Inc., et al.
SC  8  08-2741   Everett C. Baker, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-2742   Thurman G. Blackwell, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-2745   Bruce G. VanHorn, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-2746   Cecil A. Zorn, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-2747   Randy G. Gilchrist, et al. v. Aqua-Chem, Inc., et al.
SC  8  08-2748   William Samuel Henry v. Aqua-Chem, Inc., et al.
SC  8  08-2750   Ernest William Herron v. Aqua-Chem, Inc., et al.
SC  8  08-2752   Winfred H. Knight, Jr., et al. v. Aqua-Chem, Inc., et al.
SC  8  08-2754   Truett A. Pitts, et al. v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
VAE 2  08-9376   William W. Bussey v. Buffalo Pumps, Inc., et al.